No. 99–7666. GEARY v. McKINNEY ET AL. Sup. Ct. Colo. Certiorari denied.

No. 99–7670. DEAL v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7671. GONZALEZ v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 99–7673. SCHAEFER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 99–7676. LINDSEY v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7677. STEELE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–7680. VALADEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7688. ANTONIO GONZALEZ v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–7696. MANN v. TAFT, STETTINIUS & HOLLISTER ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99–7697. McLAUGHLIN v. COTNER. C. A. 6th Cir. Certiorari denied.

No. 99–7698. JOHNSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–7700. COOMBS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–7705. KULKA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7706. TUNSTALL v. KAVANAGH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.